# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  William, Stickman S. | 2. Court or Organization  U.S. District Court, Western District of Pennsylvania | 3. Date of Report  05/07/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Stistict Judge, Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2020  **to**  12/31/2020 |

**7. Chambers or Office Address**

700 Grant Street; Suite 8b
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | South Hills Catholic Academy |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| William, Stickman S. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Giant Eagle, Inc. Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Education Services | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g, div, rent, or int) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g, buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 2. PNC Bank Saving Acount | A | Interest | L | T | | | | | |
| 3. COLLEGE 529 PLAN (H) | | | | | | | | | |
| 4. -College 2024 Fund 529A | A | Dividend | K | T | | | | | |
| 5. -College 2024 Fund 529A | A | Dividend | K | T | | | | | |
| 6. -College 2030 Fund 529A | A | Dividend | K | T | | | | | |
| 7. LPL STRATEGIC ASSET MANAGEMENT II SIMPLE IRA ROLLOVER ACCOUNT (H) | | | | | | | | | |
| 8. -ISHARES MSCI Momentum Factor ETF | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 9. | | | | | Sold (part) | 10/08/20 | J | | |
| 10. -Invesco QQQ ETF | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 11. -AMCAP CL F2 | A | Dividend | K | T | Buy | 10/08/20 | K | | |
| 12. -Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 13. | | | | | Sold (part) | 10/08/20 | J | | |
| 14. -Washington Mutual Investors CL F2 | A | Dividend | K | T | Buy | 10/08/20 | J | | |
| 15. -American Mutual CL F2 | A | Dividend | K | T | Buy | 04/16/20 | K | | |
| 16. | | | | | Sold (part) | 10/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.   -Sector Technology Select Sectro SPDR | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 18. | | | | | Sold (part) | 10/08/20 | J | | |
| 19.   -Sector Consumer Staples Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/16/20 | K | | |
| 20. | | | | | Sold (part) | 10/08/20 | J | | |
| 21.   -Select Ulitiites Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/16/20 | K | | |
| 22. | | | | | Sold (part) | 10/08/20 | J | | |
| 23.   -Sector Healthcare Select Sector SPDR ETF | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 24. | | | | | Buy (add'l) | 04/16/20 | K | | |
| 25. | | | | | Sold (part) | 10/08/20 | J | | |
| 26.   -New Perspective CL F2 | A | Dividend | K | T | Buy | 10/08/20 | K | | |
| 27.   -Bond Fund of America CL F2 | A | Dividend | K | T | Buy | 10/08/20 | J | | |
| 28.   -JP Morgan Corporate Bond CL I | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 30.   -Guggenheim Total Return Bond INSTL CL | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 31.   -PIMCO Income CL 12 | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 32. | | | | | Sold (part) | 10/08/20 | J | | |
| 33.   -Perfomance Trust Strategic Bond | A | Dividend | J | T | Buy | 04/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 35. -Blackrock Equity Dividnt Instl CL MADVX | A | Dividend | | | Buy | 03/23/20 | K | | |
| 36. | | | | | Sold<br>(part) | 04/16/20 | J | | |
| 37. | | | | | Sold | 10/08/20 | J | | |
| 38. -Deposit Cash Balance | A | Interest | J | T | | | | | |
| 39. LPL STRATEGIC ASSET MANAGMENT INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 40. -Invesco QQQ ETF | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 41. -ISHARES MSCI Momentum Factor ETF | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 43. -AMCAP CL F2 | A | Dividend | K | T | Buy | 10/02/20 | K | | |
| 44. -Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy | 04/07/20 | K | | |
| 45. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 46. -Washington Mutual Investors CL F2 | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 47. -American Mutual CL F2 | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 48. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 49. -Sector Technology Select Sectro SPDR | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 50. | | | | | Sold<br>(part) | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. -Sector Consumer Staples Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 52. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 53. -Select Ulitiites Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 54. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 55. -Sector Healthcare Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 57. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 58. -New Perspective CL F2 | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 59. -Blackrock Equity Dividend Instl CL MADVX | A | Dividend | | | Buy | 04/07/20 | J | | |
| 60. | | | | | Sold | 10/09/20 | J | | |
| 61. -Cash Balance | A | Interest | J | T | | | | | |
| 62. SIMPLE IRA (H) | | | | | | | | | |
| 63. -American Funds Fundamental Investors A | B | Dividend | | | Sold | 03/23/20 | M | | |
| 64. 401K(H) | | | | | | | | | |
| 65. -Vangard Total Bond Market Index Institutional Fund | A | Dividend | K | T | | | | | |
| 66. -Vangard Target Retrirement 2045 Inv. FUnd | A | Dividend | J | T | | | | | |
| 67. -Vangard Institutional Index Institutioanl Fund | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. -Vangard Mid-Cap Index Institutional Fund | A | Dividend | L | T | | | | | |
| 69. -American Funds Euro-Pacific Growth R5 Fund | A | Dividend | K | T | | | | | |
| 70. INVESTMENT ACCOUNT--SEI ASSET MANAGEMENT (H) | | | | | | | | | |
| 71. -Schwab US Large Cap ETF | A | Dividend | | | Sold | 04/07/20 | K | A | |
| 72. -Schwab US Small Cap ETF | A | Dividend | | | Sold | 04/07/20 | J | | |
| 73. -Vangard FTSE Dev. Maret ETF | A | Dividend | | | Sold | 04/07/20 | K | | |
| 74. -Vangard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 04/07/20 | J | | |
| 75. -SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Dividend | | | Sold | 01/07/20 | J | | |
| 76. -SPDR Bloomberg Barclays High Yield Bond ETF | A | Dividend | | | Sold | 04/07/20 | J | | |
| 77. -ISHARES JP Morgan Emerging Markets ETF | A | Dividend | | | Sold | 04/07/20 | J | | |
| 78. -VanEck Vectors Morgan Currrency Bond ETF | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 79. -Government Fund SEOXX | A | Dividend | | | Sold | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **William, Stickman S.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| William, Stickman S. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stickman S. William**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544